# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

| | |
|---|---|
| LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; [See attached caption page] | E-filing **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER: |
| V. | |
| VILLA ELECTRIC, INC., a California Corporation and, LAZARO LEE VILLA, an Individual | CV 07 6170 JW |

TO: (Name and address of defendant)

LAZARO LEE VILLA
20071 GLENDALE AVENUE, SUITE A
LEMOORE, CA 93245

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott M. De Nardo (S.B. #216749)
NEYHART ANDERSON FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104

Tel. 415.677.9440
Fax 415.677.9445
Email: sdenardo@neyhartlaw.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE DEC - 5 2007

_(signature)_
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

**RECEIVED**
DEC - 7 2007
Neyhart, Anderson,
Flynn & Grosboll

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                         *Date*                                                    *Signature of Server*

                                                                  _____
                                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and, KEN SCHERPINSKI, as Trustee of the Plaintiff Trusts and Business Manager/Financial Secretary of I.B.E.W. Local 234,

   Plaintiffs,

 vs.

VILLA ELECTRIC, INC., a California Corporation; and, LAZARO LEE VILLA, an Individual,

   Defendants.

RETURN OF SERVICE

Service of the following:
1. Civil Cover Sheet
2. Complaint and Request for Jury Trial
3. Summons in a Civil Case for Defendant Villa Electric, Inc.
4. Summons in a Civil Case for Defendant Lazaro Lee Villa
5. Order Setting Initial Case Management Conference and Case Management Conference Order
6. ECF Registration Information
7. Welcome to the U.S. District Court Information Sheet; Drop Box Filing Procedures; and, Hearing Schedules
8. Notice of Availability of Magistrate Judge to Exercise Jurisdiction

was made by me __Raul Guzman__ on __LAZARO LEE VILLA__
             (name of server)          (name of defendant)

on the following date: __December 19, 2007__
                        (date of service)

RECEIVED JAN 0 7 2008 Neyhart, Anderson, Flynn & Grosboll

Check one box below to indicate appropriate method of service

___ Served personally upon the defendant LAZARO LEE VILLA. Place where served VILLA ELECTRIC, INC., 20071 Glendale Avenue, Suite A, Lemoore, CA 93245.

_X_ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Service made by leaving copies with VIRGINIA VILLA who identified herself as the wife of Lazaro Lee Villa, and advised that she would accept service on behalf of her husband.

___ Other (specify) _____

STATEMENT OF SERVICE FEES

Travel:          Services:   $75.00          Total: $75.00

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __December 19, 2007__        _____
              (date)                     (Signature of Server)

                                         __2355 N. Pine Street__
                                         (Address of Server)

                                         __Hanford, CA 93230__