ORIGINAL

*(handwritten: dkt 30234 811)*

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-filing

LOCAL 234 of the INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,
AFL-CIO; [See attached caption page]

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

VILLA ELECTRIC, INC., a California Corporation;
and, LAZARO LEE VILLA, an Individual

CV 07    6170

JW

TO: (Name and address of defendant)

VILLA ELECTRIC, INC.
20071 GLENDALE AVENUE, SUITE A
LEMOORE, CA 93245

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott M. De Nardo (S.B. #216749)
NEYHART ANDERSON FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104

Tel.  415.677.9440
Fax  415.677.9445
Email:  sdenardo@neyhartlaw.com

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DEC - 5 2007

DATE _____

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

**RECEIVED**

DEC - 7 2007

Neyhart, Anderson,
Flynn & Grosboll

AO 440 (Rev. 8/01) Summons in a Civil Action

---

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | |
|---|---|
| | TITLE |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☐     Other *(specify)*:

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              *Date*                                   *Signature of Server*


                                              _____
                                                    *Address of Server*


(1)     As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

LOCAL 234 of the INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS, AFL-CIO; INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS' UNION, LOCAL 234
EDUCATIONAL AND TRAINING FUND;
ELECTRICAL WORKERS HEALTH &
WELFARE TRUST FUND;
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS DISTRICT 9
PENSION PLAN; and, KEN SCHERPINSKI,
as Trustee of the Plaintiff Trusts and Business
Manager/Financial Secretary of I.B.E.W. Local
234,

        Plaintiffs,

   vs.

VILLA ELECTRIC, INC., a California
Corporation; and, LAZARO LEE VILLA, an
Individual,

        Defendants.

<u>RETURN OF SERVICE</u>

*RECEIVED*

*JAN 0 7 2008*

*Neyhart, Anderson,*
*Flynn & Grosboll*

Service of the following:

1.   Civil Cover Sheet
2.   Complaint and Request for Jury Trial
3.   Summons in a Civil Case for Defendant Villa Electric, Inc.
4.   Summons in a Civil Case for Defendant Lazaro Lee Villa
5.   Order Setting Initial Case Management Conference and
     Case Management Conference Order
6.   ECF Registration Information
7.   Welcome to the U.S. District Court Information Sheet; Drop Box Filing Procedures; and,
     Hearing Schedules
8.   Notice of Availability of Magistrate Judge to Exercise Jurisdiction

was made by me  <u>Raul Guzman</u>    on    <u>VILLA ELECTRIC, INC.</u>
                  (name of server)              (name of defendant)

on the following date:  <u>December 19, 2007</u>
                          (date of service)

Check one box below to indicate appropriate method of service

<u>X</u>    Served personally upon the defendant.  Place where served <u>VILLA ELECTRIC, INC.,</u>
<u>20071 Glendale Avenue, Suite A, Lemoore, CA 93245 c/o Virginia Villa, CEO and</u>
<u>Authorized Agent for Service of Processs.</u>

_____   Left copies thereof at the defendant's dwelling house or usual place of abode with a person
of suitable age and discretion then residing therein.

_____   Other (specify) _____

### STATEMENT OF SERVICE FEES

Travel:                    Services:    $75.00         Total: $75.00

### DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the Return of Service and Statement of Service Fees is true and
correct.

Executed on <u>December 19, 2007</u>                    _____
              (date)                                      (Signature of Server)

                                          <u>2355 N. Pine Street</u>
                                            (Address of Server)