William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA ELECTRIC, INC., a California Corporation; and, LAZARO LEE VILLA, an Individual,<br><br>Defendants. | Case No.  C-07-06170 JW<br><br>**REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS VILLA ELECTRIC, INC. and LAZARO LEE VILLA**<br><br>[F.R.C.P. Rule 55(a)]<br><br>Date:<br>Time:<br>Courtroom:  8, 4th Floor<br>Location:  280 South First Street<br>            San Jose, CA 95113<br>Judge:  Hon. James Ware |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and, KEN SCHERPINSKI, as

-1-

Trustee of the Plaintiff Trusts and Business Manager/Financial Secretary of I.B.E.W. Local 234, hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendant VILLA ELECTRIC, INC., a California Corporation and Defendant LAZARO LEE VILLA, on the ground that said Defendants have failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

    Plaintiffs served the Summons and Complaint on Defendant VILLA ELECTRIC, INC. on December 19, 2007 as evidenced by the Proofs of Service of Summons and Complaint filed with this Court. Plaintiffs also served the Summons and Complaint on Defendant LAZARO LEE VILLA on December 19, 2007 as evidenced by the Proofs of Service of Summons and Complaint filed with this Court.

    The above-stated facts are set forth in the accompanying Declaration of Scott M. De Nardo, filed herewith.

Respectfully Submitted,

Dated: 1/15/08

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. De NARDO
Attorneys for Plaintiffs

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On January 15, 2008, I served the within:

**REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS VILLA ELECTRIC, INC. and LAZARO LEE VILLA**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

VILLA ELECTRIC, INC.
20071 Glendale Avenue, Suite A
Lemoore, CA 93245

LAZARO LEE VILLA
20071 Glendale Avenue, Suite A
Lemoore, CA 93245

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 15, 2008, at San Francisco, California.

_____
Scott M. De Nardo