William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (San Francisco Division)

| | |
|---|---|
| LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VILLA ELECTRIC, INC., a California Corporation; and, LAZARO LEE VILLA, an Individual, <br><br> Defendants. | Case No.   C-07-06170 JW <br><br> **SUPPLEMENTAL DECLARATION OF SCOTT M. DE NARDO IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS VILLA ELECTRIC, INC. and LAZARO LEE VILLA** <br><br> [F.R.C.P. Rule 55(a)] <br><br> Date: <br> Time: <br> Courtroom: 8, 4th Floor <br> Location: 280 South First Street <br>             San Jose, CA 95113 <br> Judge: Hon. James Ware |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

## DECLARATION OF SCOTT M. DE NARDO

I, Scott M. De Nardo, declare and state:

1.      I am an attorney at law, licensed to practice before all the courts of the State of California.  I am an attorney with the law firm of Neyhart, Anderson, Flynn & Grosboll, counsel of record for the Plaintiffs in the above-captions action.  I make the following declaration based on my own knowledge, except as to those matters which are therein stated on information or belief, and as to those matters, I believe them to be true.  If called as a witness, I can and would testify competently thereto.

2.      On January 29, 2007, I conducted a search of the United States Servicemembers Civil Relief Act database, located at the following website to determine that Defendant LAZARO LEE VILLA is not an active duty service member:  https://www.dmdc.osd.mil/scra/owa/home.

3.      Based upon my prior conversations with the Defendant LAZARO LEE VILLA, he is neither an infant nor incompetent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Dated this 30th day of January, 2008 at San Francisco, California.

SCOTT M. De NARDO

**SUPP.  De NARDO DCN I/S/O REQUEST TO ENTER DEFAULT AGAINST DEF. VILLA ELECTRIC & L.L. VILLA**
**Case No. C-07-06170 JW**

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On January 30, 2008, I served the within:

**SUPPLEMENTAL DECLARATION OF SCOTT M. DE NARDO IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS VILLA ELECTRIC, INC. and LAZARO LEE VILLA**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

VILLA ELECTRIC, INC.
20071 Glendale Avenue, Suite A
Lemoore, CA 93245

LAZARO LEE VILLA
20071 Glendale Avenue, Suite A
Lemoore, CA 93245

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 30 , 2008, at San Francisco, California.

_____
Scott M. De Nardo

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW