**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                                  General Court Number
Clerk                                                                                                                408.535.5364

February 6, 2008

RE:  CV 07-06170 JW          LOCAL 234 -v- VILLA ELECTRIC INC.

Default is entered as to Defendant Villa Electric, Inc., and Lazaro Lee Villa on 2/4/08.

.

RICHARD W. WIEKING, Clerk

byCindy Vargas
Case Systems Administrator

NDC TR-4  Rev. 3/89