William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA ELECTRIC, INC., a California Corporation; and, LAZARO LEE VILLA, an Individual,<br><br>Defendants. | Case No.  C-07-06170 JW<br><br>**MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS VILLA ELECTRIC, INC. and LAZARO LEE VILLA**<br><br>[F.R.C.P. Rule 55(a)]<br><br>Date:        April 7, 2008<br>Time:       9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Location:   280 South First Street<br>                    San Jose, CA 95113<br>Judge: Hon. James Ware |

# I.

## INTRODUCTION

This is essentially an ERISA collection case. Defendant VILLA ELECTRIC, INC. is an electrical industry contractor primarily engaged in the business of installation and testing of electrical wiring and circuits in and around Monterey, California who has a contract with Plaintiff LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (the "Union"). The contract requires that Villa Electric submit monthly transmittals and contributions to Plaintiffs INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' UNION, LOCAL 234, EDUCATION AND TRAINING FUND; ELECTRICAL WORKERS HEALTH & WELFARE FUND; and, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN (hereinafter, the "Trusts" or "Funds") based on the number of hours of covered work for employees represented by the Union. The Trusts provide benefits to Villa Electric's covered employees based on the hours reported on monthly transmittals. After a payroll audit of Villa Electric discovered monies owed the Plaintiff Trust Funds, the parties entered into a Settlement Agreement for repayment of the delinquent contributions. Defendant LAZARO LEE VILLA is an individual and the Chief Executive Officer of Villa Electric, Inc. Mr. Villa agreed to be personally bound to the terms and conditions of the Settlement Agreement. Villa Electric breached the Settlement Agreement through its failure to make repayments as specified in that Agreement. As a result, Plaintiffs this action ensued.

Both Defendants were served on or about December 19, 2007. When an answer was not filed, default was entered on February 4, 2008. Under FRCP 55, the only issue that remains is damages.

## II.

## FACTS

The facts concerning damages are outlined in the Declaration of Scott M. De Nardo filed concurrently herewith. The parties agreed that the Plaintiffs were owed $9,692.49 in delinquent contributions to the Funds and the Defendants made payments totaling $2,000.00. Therefore, $7,692.49 remains owing in delinquent employer contributions.

The attorneys fees and costs sought are detailed in the Declaration of Scott M. De Nardo. Attorneys fees are sought at the rate that is charged the client, i.e. $195.00 per hour for the services of Mr. De Nardo, plus out-of-pocket costs. The total sought for fees and costs is $4,091.25. (DeNardo DCN. ¶¶ 7 & 8).

The total judgment sought is, therefore, $11,783.74.

## III.

## PLAINTIFFS ARE ENTITLED TO JUDGMENT IN THE AMOUNTS REQUESTED

Before default of judgment may be entered, entry of default must first be entered. FRCP 55. As aforementioned, the default of the Defendants was entered on February 4, 2008.

There could be no dispute of any material fact as to liability. The material facts concerning Defendants being bound to a collective bargaining agreement, their liability thereunder for unpaid employee benefit contributions discovered during an audit and the parties agreement for repayment of those contributions, as well as the breach of that agreement are admitted by the default.

## IV.

## CONCLUSION

The showing by Plaintiffs herein and in the papers filed herewith is sufficient. Therefore, the Court must award the amounts of $7,692.49 owed on the Settlement Agreement and $4,091.25 in attorneys fees and costs. Plaintiffs Motion for Default Judgment should be granted.

Dated: February 12, 2008

Respectfully submitted,

NEYHART, ANDERSON,
FLYNN & GRØSBOLL

By: _____
Scott M. De Nardo
Attorneys for Plaintiffs

ATTORNEYS AT LAW

-4-

MEMORANDUM OF POINTS AND AUTHORITIES I/S/O MOTION FOR DEFAULT JUDGMENT
Case No. C-07-06170 JW

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On February __, 2008, I served the within:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS VILLA ELECTRIC, INC. and LAZARO LEE VILLA**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

VILLA ELECTRIC, INC.
20071 Glendale Avenue, Suite A
Lemoore, CA 93245

LAZARO LEE VILLA
20071 Glendale Avenue, Suite A
Lemoore, CA 93245

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February __, 2008, at San Francisco, California.

_____
Scott M. De Nardo