William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA ELECTRIC, INC., a California Corporation; and, LAZARO LEE VILLA, an Individual,<br><br>Defendants. | Case No.  C-07-06170 JW<br><br>**DECLARATION OF SCOTT M. DE NARDO IN SUPPORT OF POINTS AND AUTHORITES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS VILLA ELECTRIC, INC. and LAZARO LEE VILLA**<br><br>[F.R.C.P. Rule 55(a)]<br><br>Date:         April 7, 2008<br>Time:         9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Location:    280 South First Street<br>                   San Jose, CA 95113<br>Judge:  Hon. James Ware |

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

## DECLARATION OF SCOTT M. DE NARDO

I, Scott M. De Nardo, declare and state:

1.      I am an attorney at law, licensed to practice before all of the courts of the State of California and a member of the bar of this Court.  I am an attorney with the law firm of Neyhart, Anderson, Flynn & Grosboll, attorney for the LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and, KEN SCHERPINSKI, as Trustee of the Plaintiff Trusts and Business Manager/Financial Secretary of I.B.E.W. Local 234 (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds") in the above-captioned action.  I make the following declaration based upon my knowledge, except as to those matters which are herein stated on information and belief, and as to those matters, I believe them to be true.  If called as a witness, I can and would testify competently thereto.

2.      In mid-March 2007, the parties settled the above-captioned action pursuant to the terms and conditions of a Settlement Agreement that was executed by the Defendants on April 10, 2007.  The terms and conditions of the Settlement Agreement specified that the Defendants agreed $9,692.49 was owed the Plaintiffs, but would be paid in nine monthly payments of $1,000.00 due on the last business day of each month commencing March 30, 2007 with $692.49 waived if the Defendants made payments in accordance with the Agreement.  (*See*, Settlement Agreement, dated April 10, 2007, attached to the Complaint as Exhibit "C").  Defendant Lazaro Lee Villa also agreed to be held personally liable for Defendant Villa Electric, Inc.  (Id. at page 3).  The first

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

payment of $1,000.00 was tendered with an executed copy of the Settlement Agreement on or about April 10, 2007. In mid-April, I spoke with Mr. Villa and we agreed that the Settlement Agreement was in force and the second payment would be forthcoming on April 30, 2007. As stated herein, only one additional $1,000.00 payment was received, therefore a balance of $7,692.49 remains outstanding, in addition to the approximately $4,091.25 in attorneys fees and costs (as outlined in ¶¶7-8), thereby resulting in a total of $11,783.74 owed.

2.     On June 11, 2007, I wrote to the Defendants concerning a breach of the Settlement Agreement for failing to submit the April 30, 2007 and May 31, 2007 settlement payments. (A true and correct copy of this letter is attached hereto as Exhibit "A").

3.     On September 13, 2007, I again wrote to the Defendants concerning the breach in the Settlement Agreement for failing to make any additional settlement payments after the initial $1,000.00 payment. (A true and correct copy of this letter is attached hereto as Exhibit "B"). Shortly thereafter, Mr. Villa phoned me and discussed restructuring the Settlement Agreement's payment plan schedule so that the remaining eight monthly payments would commence on or before the last business day in September 2007. Mr. Villa agreed to submit a $1,000.00 check on or before September 28, 2007. I informed Mr. Villa that once he submitted the $1,000.00 check, my clients would consider his request for a restructured payment schedule.

4.     On October 3, 2007, I wrote to the Defendants concerning the failure to submit a $1,000.00 check on or before September 28, 2007 per the mid-September 2007 phone call. (A true and correct copy of this letter is attached hereto as Exhibit "C"). Shortly thereafter, the Defendants submitted a $1,000.00 check.

5.     On October 15, 2007, I wrote to the Defendants concerning the breach of the Settlement Agreement. (A true and correct copy of this letter is attached hereto as Exhibit "D").

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-3-

De NARDO DCN I/S/O MOTION FOR DEFAULT JUDGMENT AGAINST DEF. VILLA ELECTRIC & L.L. VILLA
Case No. C-07-06170 JW

1    In my letter, I acknowledged receipt of a $1,000.00 payment in early October 2007 and requested a

2    letter no later than October 22, 2007 from the Defendants requesting a repayment schedule

3    modification to present to my clients for approval.

4           6.      On November 26, 2007, I wrote to the Defendants concerning the breach of the

5    Settlement Agreement.  (A true and correct copy of this letter is attached hereto as Exhibit "E").

6    In my letter, I asked that the Defendants provide a written request to reschedule the Settlement

7    Agreement payments and submit a check in the amount of $1,000.00 no later than December 3,

8    2007.  After this November 26, 2007 letter, nothing further was heard from the Defendants.  As a

9    result, this lawsuit commenced December 5, 2007.

10          7.      The Settlement Agreement between the parties provides that "the prevailing party

11   [in an action for a breach of the Settlement Agreement] shall be entitled to receive all costs and

12   expenses, including reasonable attorney's fees. . .".  (Settlement Agreement, page 2, ¶ 5 attached to

13   the Complaint as Exhibit "C").

14          8.      In this action, the Plaintiffs seek reimbursement for reasonable attorneys fees and

15   costs.  Currently, I bill the Plaintiffs for my services at the rate of $195.00 per hour plus actual

16   reimbursement for certain out-of-pocket costs.  Out-of-pocket costs include technical costs, such

17   as the filing or service fee, as well as non-technical costs, such as photocopies or postage.

18   (Attached hereto as Exhibit "F" are true and correct copies of monthly billing invoices from

19   December 2007 through January 31, 2008 for this matter.  Through January 31, 2008, the firm

20   expended 5.7 hours of Mr. De Nardo's time at the rate of $195.00 per hour resulting in a total of

21   $1,111.50 in fees.  This firm also expended $639.75 in out-of-pocket costs.  In addition to the

22   amounts I have already billed Plaintiffs for my services related to this matter, I estimate[1/] that I will

_____

[1] If the estimate substantially differs from actual time worked, I will advise the court of the actual time billed when the hearing is held.

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-4-

De NARDO DCN I/S/O MOTION FOR DEFAULT JUDGMENT AGAINST DEF. VILLA ELECTRIC & L.L. VILLA
Case No. C-07-06170 JW

1    spend an additional twelve hours in research, preparing and arguing this motion. Therefore, the

2    total fees and costs sought is $4,091.25, which includes this additional time. As a result, if these

3    amounts are awarded, Plaintiffs will not claim any additional court technical costs.

4        I declare under penalty of perjury under the laws of the United States that the foregoing is

5    true and correct. Dated this  12 th day of February, 2008 at San Francisco, California.

6

7

8                                SCOTT M. De NARDO

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-5-

De NARDO DCN I/S/O MOTION FOR DEFAULT JUDGMENT AGAINST DEF. VILLA ELECTRIC & L.L. VILLA
Case No. C-07-06170 JW

EXHIBIT A

## NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION

JOHN L. ANDERSON
WILLIAM J. FLYNN
RICHARD K. GROSBOLL
SCOTT M. DE NARDO

**ATTORNEYS AT LAW**
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702

(415) 677-9440
Fax: (415) 677-9445

STANLEY H. NEYHART
(1918 - 1996)
FRANK J. REILLY
(1940 - 1991)
MAXINE AUERBACH
(1940 - 1995)

30234.811

June 11, 2007



**Via U.S. Mail and Certified Mail – Return Receipt Requested**
Receipt No. 7006  2760  0001  8040  9114

VILLA ELECTRIC, INC.
Attn: Lazaro L. Villa, CEO
P.O. Box 368
Lemoore, CA 93245

Re:     **FINAL NOTICE of Breach of the Settlement
Agreement with IBEW Local 234 – Tri-County
Electrical Workers Trust Funds**

Dear Mr. Villa:

      I last wrote to you on May 31, 2007 concerning the Settlement Agreement you personally guaranteed concerning your firm's prior delinquencies with my client the IBEW Local 234 – Tri-County Electrical Workers Trust Funds. For your convenience, I enclose another copy of that letter.

      The Settlement Agreement specifies nine monthly payments of $1,000.00 due on the last business day of each month. Your first payment of $1,000.00 was received in April 2007 even though it was actually due on March 30, 2007 because the Settlement Agreement was not executed until April 10, 2007. When we last spoke, you indicated that your firm's $1,000.00 monthly settlement payment for April 30, 2007 was forthcoming. To date, your firm's April 30, 2007 and now your firm's May 31, 2007 payments have yet to be received. As a result, $2,000.00 remains outstanding as of today. This letter serves as a **FINAL NOTICE** of Default and Breach of the Settlement Agreement. In *good faith* my client released its pending bond claims and notified your bonding companies of the Settlement Agreement.

      <u>If you fail to submit a check in the amount of $2,000.00 on or before June 20, 2007, a lawsuit will be filed against both your firm and you personally for breach of the Settlement Agreement.</u> The Settlement Agreement specifies that the prevailing party shall be entitled to attorney's fees and costs. Therefore, if you fail to remit a check in the amount of $2,000.00 on or before June 20, 2007, I will seek the entire amount of your firm's delinquency, including the amounts waived by my client *in good faith*, as well as the additional attorney's fees and costs related to the filing of the lawsuit (estimated to be an additional $8,000.00).

VILLA ELECTRIC, INC.
June 11, 2007
Page 2 of 2

      If you have any questions, please call me.

                    Very truly yours,

                    Scott M. De Nardo

Cc:    Bernie Wall, IBEW Local 234 Business Manager
       Mike Bryant, Monterey Bay Chapter NECA
       Ina Gebert, IBEW District 9 Pension Plan
       Sandy Stephenson, IBEW Local 234 Health and Welfare Trust Fund Administrator
       Richard K. Grosboll

EXHIBIT B

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION

JOHN L. ANDERSON
WILLIAM J. FLYNN
RICHARD K. GROSBOLL
SCOTT M. DE NARDO

ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702

(415) 677-9440
Fax: (415) 677-9445

STANLEY H. NEYHART
(1918 · 1996)
FRANK J. REILLY
(1940 · 1991)
MAXINE AUERBACH
(1940 · 1995)

30234.811

September 13, 2007

<u>**Via U.S. Mail and Certified Mail – Return Receipt Requested**</u>
<u>**Receipt No.**</u> 7007 0710 0004 7790 8078

Mr. Lee Villa, CEO
VILLA ELECTRIC, INC.
P.O. Box 368
Lemoore, CA 93245

<u>**Via U.S. Mail and Certified Mail – Return Receipt Requested**</u>
<u>**Receipt No.**</u>                                    8085

Mr. Mark L. Creede
LANG, RICHERT & PATCH, LLP
P.O. Box 40012
Fresno, CA 93755-0012



Re:    <u>**FINAL NOTICE of Breach of the Settlement**</u>
<u>**Agreement with IBEW Local 234 – Tri-County**</u>
<u>**Electrical Workers Trust Funds**</u>

Dear Mr. Villa and Mr. Creede:

I last wrote to Mr. Villa on May 31, 2007 and June 11, 2007 concerning the Settlement Agreement Mr. Villa personally guaranteed concerning Villa Electric's prior delinquencies with my client the IBEW Local 234 – Tri-County Electrical Workers Trust Funds. After reviewing my prior correspondence, Mr. Villa referred me to Mr. Creede to pursue a potential lien via stipulation in the lawsuit captioned *USA v. VILLA ELECTRIC, INC.* – U.S. District Court for the Northern District of California, Case No. C0701420, as it was anticipated that Villa Electric, Inc. would be obtaining a substantial monetary judgment against the Cross-Defendant, Burns & McDonnell Engineering Company, Inc. After speaking with Mr. Creede sometime in late-June or early July 2007, I have heard nothing further.

The Settlement Agreement specified nine monthly payments of $1,000.00 due on the last business day of each month. The first and only payment of $1,000.00 was received in April 2007. No additional monthly settlement payments have been received. As a result, $5,000.00 remains outstanding as of today. This letter serves as a **FINAL NOTICE** of Default and Breach

VILLA ELECTRIC, INC.
September 13, 2007
Page 2 of 2

of the Settlement Agreement.  In *good faith* my client released its pending bond claims and notified Villa Electric's bonding companies of the Settlement Agreement.

If Villa Electric or Mr. Villa fail to submit a check in the amount of $5,000.00 on or before September 20, 2007, a lawsuit will be filed against both Villa Electric, Inc. and Lee Villa personally for breach of the Settlement Agreement.  The Settlement Agreement specifies that the prevailing party shall be entitled to attorney's fees and costs.  Therefore, if you fail to remit a check in the amount of $5,000.00 on or before September 20, 2007, I will seek the entire amount of your firm's delinquency, including the amounts waived by my client *in good faith*, as well as the additional attorney's fees and costs related to the filing of the lawsuit (estimated to be an additional $8,000.00).

If you have any questions, please call me.

Very truly yours,

Scott M. De Nardo

Cc:    Bernie Wall, IBEW Local 234 Business Manager
       Mike Bryant, Monterey Bay Chapter NECA
       Ina Gebert, IBEW District 9 Pension Plan
       Sandy Stephenson, IBEW Local 234 Health and Welfare Trust Fund Administrator
       Richard K. Grosboll

EXHIBIT C

# NEYHART, ANDERSON, FLYNN & GROSBOLL
### A PROFESSIONAL CORPORATION

JOHN L. ANDERSON
WILLIAM J. FLYNN
RICHARD K. GROSBOLL
SCOTT M. DE NARDO

ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702

(415) 677-9440
FAX: (415) 677-9445

STANLEY H. NEYHART
(1918 - 1998)
FRANK J. REILLY
(1940 - 1991)
MAXINE AUERBACH
(1940 - 1995)

30234.811

October 3, 2007

**<u>Via U.S. Mail and Certified Mail – Return Receipt Requested</u>**
**<u>Receipt No.</u>** 7006 2760 0001 8040 9145

Mr. Lee Villa, CEO
VILLA ELECTRIC, INC.
P.O. Box 368
Lemoore, CA 93245

Re:  **<u>Breach of the Settlement Agreement with IBEW
Local 234 – Tri-County Electrical Workers
Trust Funds</u>**

Dear Mr. Villa:

When we last spoke, you agreed to submit a $1,000.00 check on or before September 28, 2007 to the I.B.E.W. Local 234 Trust Fund Office to begin to remedy your breach of the Settlement Agreement between the IBEW Local 234 – Tri-County Electrical Workers Trust Funds and you. To date, a check has yet to be received. Therefore, suit will be filed for the breach of the Settlement Agreement, including the attorney's fees and costs associated with collection on this matter.

If you have any questions, please call me.

Very truly yours,

Scott M. De Nardo

Cc:  Bernie Wall, IBEW Local 234 Business Manager
Mike Bryant, Monterey Bay Chapter NECA
Ina Gebert, IBEW District 9 Pension Plan
Sandy Stephenson, IBEW Local 234 Health and Welfare Trust Fund Administrator
Richard K. Grosboll

EXHIBIT D

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION

JOHN L. ANDERSON
WILLIAM J. FLYNN
RICHARD K. GROSBOLL
SCOTT M. DE NARDO

ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702

(415) 677-9440
Fax: (415) 677-9445

STANLEY H. NEYHART
(1918 - 1996)
FRANK J. REILLY
(1940 - 1991)
MAXINE AUERBACH
(1940 - 1995)

30234.811

October 15, 2007

**Via U.S. Mail and Certified Mail – Return Receipt Requested**
**Receipt No.** 7007 0710 0004 7790 8177

Mr. Lee Villa, CEO
VILLA ELECTRIC, INC.
P.O. Box 368
Lemoore, CA 93245

Re:    **Breach of the Settlement Agreement with IBEW**
**Local 234 – Tri-County Electrical Workers**
**Trust Funds**

Dear Mr. Villa:

Last week, the I.B.E.W. Local 234 –Tri-County Electrical Workers Trust Fund Office informed me that you submitted a $1,000.00 check, presumably to apply to the Settlement Agreement you and your company entered into in March/April 2007. The Agreement specified nine monthly payments of $1,000.00 due on the last day of each month. To date, only two $1,000.00 payments have been received. If you submit a written request to the Trust Funds to restart the payment plan under the same terms and conditions beginning with October 31, 2007, I would recommend the Trustees approve the repayment plan schedule. In other words, seven monthly payments of $7,000.00 would be due on the last business day of each month commencing October 31, 2007.

In order to avoid litigation over the breach of the Settlement Agreement, please provide me with your written request to restart the payment plan under the same terms and conditions no later than October 22, 2007.

If you have any questions, please call me.

Very truly yours,

Scott M. De Nardo

Cc:    Ken Scherpinski, IBEW Local 234 Business Manager
Mike Bryant, Monterey Bay Chapter NECA
Ina Gebert, IBEW District 9 Pension Plan
Sandy Stephenson, IBEW Local 234 Health and Welfare Trust Fund Administrator
Richard K. Grosboll

EXHIBIT E

# NEYHART, ANDERSON, FLYNN & GROSBOLL
### A PROFESSIONAL CORPORATION

JOHN L. ANDERSON
WILLIAM J. FLYNN
RICHARD K. GROSBOLL
SCOTT M. DE NARDO

**ATTORNEYS AT LAW**
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702

(415) 677-9440
Fax: (415) 677-9445

STANLEY H. NEYHART
(1918 - 1996)
FRANK J. REILLY
(1940 - 1991)
MAXINE AUERBACH
(1940 - 1995)

30234.811

November 26, 2007

**<u>Via U.S. Mail and Certified Mail – Return Receipt Requested</u>**
**<u>Receipt No.</u>** 7007 0710 0004 7790 8306

Mr. Lee Villa, CEO
VILLA ELECTRIC, INC.
P.O. Box 368
Lemoore, CA 93245

Re:    **<u>FINALNOTICE:  Breach of the Settlement
Agreement with IBEW Local 234 – Tri-County
Electrical Workers Trust Funds</u>**

Dear Mr. Villa:

To date, only two $1,000.00 payments have been received pursuant to the terms of the Settlement Agreement with the I.B.E.W. Local 234 – Tri-County Electrical Workers Trust Funds.  You agreed to be personally bound to the terms of that Settlement Agreement.  Therefore, if a lawsuit is filed, it shall also name you personally.  Only seven monthly payments of $1,000 a month remain owing on the Settlement Agreement.  If you recall, you agreed to restart the terms of that Settlement Payment plan commencing October 2007.  No payment for October 31, 2007 has been received and November 2007's payment is due this Friday, November 30, 2007.

In order to avoid litigation over the breach of the Settlement Agreement, please provide me with <u>your written request to restart the payment plan under the same terms and conditions no later than December 3, 2007 and submit a check in the amount of $1,000.00.</u>  Thereafter, six monthly payments of $1,000.00 will be due on the last business day of each subsequent month for a period of six months (i.e. December 2007, January 2008, February 2008, March 2008, April 2008 and May 2008).  If I fail to receive your written request to modify the terms of the Settlement Agreement as specified in this letter and previously agreed to by you, I will file suit in the U.S. District Court for the Northern District of California for the amounts remaining outstanding and any other further amounts specified in the Settlement Agreement, including attorney's fees and costs.

If you have any questions, please call me.

Very truly yours,

Scott M. De Nardo

VILLA ELECTRIC, INC.
November 26, 2007
Page 2 of 2

Cc:    Ken Scherpinski, IBEW Local 234 Business Manager
       Mike Bryant, Monterey Bay Chapter NECA
       Ina Gebert, IBEW District 9 Pension Plan
       Sandy Stephenson, IBEW Local 234 Health and Welfare Trust Fund Administrator
       Richard K. Grosboll

EXHIBIT F

# NEYHART, ANDERSON, FLYNN & GROSBOLL

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080
SAN FRANCISCO, CALIFORNIA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client   : 30234.8
Matter   : 811
Date     : 01/04/08
Invoice  : 62509
Attorney : DICK GROSBOLL
```

IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose, CA 95128-3507

Attention: Sandy Stephenson

--------------------------------------------------------------

IBEW 234 TRUST FUNDS
Re: VILLA ELECTRIC

### For Professional Services Rendered and Costs Advanced through 12/31/07

Date: 01/04/08
Invoice: 62509

| Date | Atty | Professional Services | Hours |
|------|------|-----------------------|-------|
| 12/04/07 | SMD | Review file; draft summons (2) against Villa Electric and Lazaro Lee Villa; draft civil cover sheet; draft complaint; research california Secretary of State website for employer information. | 3.00 |
| 12/10/07 | SMD | Receive and review (4) emails from clerk RE: standing orders, efiling, ADR, etc. Receive and review standing order and CMC order; draft email to clerk RE: complaint; e-filed complaint; draft memo to process server RE: service on Lee Villa and villa Electric. | 0.60 |

TOTAL Hours    3.60
=========

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| SCOTT DE NARDO | 3.60 | 195.00 | 702.00 |

TOTAL Current Fees    $702.00

** Continued on next page **

THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS
PLEASE RETURN ONE COPY OF THE CLIENT SUMMAR...
EIN: 94-2576729

```
234 TRUST FUNDS                                    Client: 30234.8
4/08                                               Matter: 811
e 2                                                Invoice: 62509

 Date                      Costs Advanced                       Amount

12/04/07  FILING FEE                                           350.00
12/04/07  COPYING COST                                           0.60
12/04/07  COPYING COST                                           2.60
12/04/07  COPYING COST                                          44.20
12/04/07  COPYING COST                                           6.40
12/12/07  SERVICE OF PROCESS FEE                               150.00
12/14/07  COPYING COST                                          69.20
          POSTAGE                                               16.75
                                                          --------------
                               TOTAL Current Costs          $639.75

                               Current Invoice Due        $1,341.75
                                                          =============
```

# NEYHART, ANDERSON, FLYNN & GROSBOLL
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
44 Montgomery Street, Suite 2080
San Francisco, California  94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445

```
Client  : 30234.8
Matter  : 811
Date    : 02/04/08
Invoice : 62695
Attorney: DICK GROSBOLL
```

IBEW 234 TRUST FUNDS
1120 S. Bascom Avenue
San Jose,  CA  95128-3507


Attention: Sandy Stephenson


---

IBEW 234 TRUST FUNDS                                    Date: 02/04/08
Re: VILLA ELECTRIC                                      Invoice: 62695

For Professional Services Rendered and Costs Advanced through 01/31/08

| Date | Atty | Professional Services | Hours |
|------|------|----------------------|-------|
| 01/04/08 | SMD | Phone call with Guzman process server RE: status of service on Villa. | 0.20 |
| 01/06/08 | SMD | Receive and review executed summons as to Lazaro Lee Villa and Villa Electric; efiled executed summons; receive and review (2) emails from clerk RE: same; draft memo to Judge Ware RE: same. | 0.30 |
| 01/15/08 | SMD | Review file; draft De Nardo declaration I/S/O default entry; draft request to enter default; draft memo to chamber RE: same; e-filed De Nardo declaration and request to enter default; receive and review (2) emails from clerk RE: same. | 0.80 |
| 01/29/08 | SMD | Phone call with clerk RE: supplemental declaration; legal research RE: service members civil relief database; draft supplemental declaration I/S/O default. | 0.50 |
| 01/30/08 | SMD | Efiled supplemental declaration I/S/O default entry; receive and review email from clerk RE same; draft memo to clerk RE: same. | 0.30 |


** Continued on next page **


EIN: 94-2576729
THE ABOVE INVOICE INCLUDES ONLY ITEMS ACTUALLY LISTED. OTHER ITEMS OF WORK PERFORMED, OR IN PROCESS, WILL BE INCLUDED IN SUBSEQUENT INVOICES
PLEASE RETURN ONE COPY OF THE CLIENT SUMMARY PAGES WITH YOUR REMITTANCE

```
IBEW 234 TRUST FUNDS
02/04/08                                              Client: 30234.8
Page 2                                                Matter: 811
                                                      Invoice: 62695
  Date   Atty                Professional Services                  Hours
-------- ----  -------------------------------------------------   ---------
                                                                   ---------
                                               TOTAL Hours             2.10
                                                                   =========

                    Attorney               Hours      Rate          Amount
       ------------------------------    ----------  ---------   -------------
       SCOTT DE NARDO                        2.10     195.00
                                                                     409.50
                                                                   -------------
                                        TOTAL Current Fees          $409.50
```

1

## PROOF OF SERVICE BY MAIL

2

I, the undersigned, declare:

3

I am employed in the City and County of San Francisco, State of California. I am over the

4

age of 18 years and not a party to the within action; my business address is 44 Montgomery Street,

5

Suite 2080, San Francisco, California 94104. On February /2, 2008, I served the within:

6

7
8

**DECLARATION OF SCOTT M. DE NARDO IN SUPPORT OF POINTS AND AUTHORITES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS VILLA ELECTRIC, INC. and LAZARO LEE VILLA**

9

on the parties in said cause following our business practice, with which I am readily familiar. On

10

the same day that correspondence is placed for collection and mailing, it is deposited in the

11

ordinary course of business with the United States Postal Service in a sealed envelope with postage

12
13

fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first

14

class postage thereon fully prepaid for collection and deposit on the date shown below in the

15

United States mail at San Francisco, California addressed as follows:

16
17

VILLA ELECTRIC, INC.
20071 Glendale Avenue, Suite A
Lemoore, CA 93245

18
19
20

LAZARO LEE VILLA
20071 Glendale Avenue, Suite A
Lemoore, CA 93245

21

I declare under the penalty of perjury that the foregoing is true and correct, and that this

22

declaration was executed on February /2, 2008, at San Francisco, California.

23
24
25

Scott M. De Nardo

26
27

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

28