William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VILLA ELECTRIC, INC., a California Corporation; and, LAZARO LEE VILLA, an Individual,<br><br>Defendants. | Case No.   C-07-06170 JW<br><br>**[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS VILLA ELECTRIC, INC. and LAZARO LEE VILLA**<br><br>[F.R.C.P. Rule 55(a)]<br><br>Date:   April 7, 2008<br>Time:   9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Location:   280 South First Street<br>                    San Jose, CA 95113<br>Judge: Hon. James Ware |

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

-1-

1   This matter came on regularly for hearing on Monday, April 7, 2008 at 9:00 a.m., , in
2   Courtroom 8 on the 4th Floor at the U.S. District Courthouse, 280 South First Street located in
3   San Jose, California 95113.  Plaintiffs LOCAL 234 of the INTERNATIONAL
4   BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL
5   BROTHERHOOD OF ELECTRICAL WORKERS' UNION, LOCAL 234 EDUCATIONAL
6   AND TRAINING FUND; ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND;
7   INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION
8   PLAN; and, KEN SCHERPINSKI, as Trustee of the Plaintiff Trusts and Business
9   Manager/Financial Secretary of I.B.E.W. Local 234 (hereinafter collectively referred to as the
10  "Plaintiffs", "Trusts" or "Funds") were represented by Mr. Scott M. De Nardo.  Defendants
11  failed to appear.

Having considered the argument of Mr. De Nardo, the Motion, the Points and Authorities, the submitted Declaration of Mr. De Nardo and the entire file in this action, and GOOD CAUSE APPEARING,

IT IS ORDERED THAT Plaintiffs Motion for Default Judgment Against Defendants Villa Electric, Inc. and Lazaro Lee Villa is hereby GRANTED.  Judgment is entered against Defendants Villa Electric, Inc. and Lazaro Lee Villa in the amount of $11,783.74.

IT IS SO ORDERED.

Dated: _____      _____
                                    U.S. District Court Judge

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On February 2, 2008, I served the within:

**[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS VILLA ELECTRIC, INC. and LAZARO LEE VILLA**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

VILLA ELECTRIC, INC.
20071 Glendale Avenue, Suite A
Lemoore, CA 93245

LAZARO LEE VILLA
20071 Glendale Avenue, Suite A
Lemoore, CA 93245

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 2, 2008, at San Francisco, California.

Scott M. De Nardo