**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 234,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>VILLA ELECTRIC INC.,<br><br>　　　　Defendant(s).<br>_____/ | No. C 07-06170 JW<br><br>CLERK'S NOTICE VACATING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Plaintiff has brought a Motion for Default Judgment set before Judge James Ware on April 7, 2008 at 9:00 AM in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The Court VACATES the Initial Case Management Conference set for April 28, 2008 at 10:00 AM. The Court to set further scheduling dates if necessary.

Dated: February 13, 2008

　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　　by:　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Elizabeth Garcia
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy