UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 4/7/2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-07-06170 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

TITLE

Local 234 of the International Brotherhood of Electrical Workers et al v. Villa Electric, Inc et al

**Attorney(s) for Plaintiff(s)**: No Appearance(s) made
**Attorney(s) for Defendant(s)**: No Appearance(s) made

PROCEEDINGS

**Plaintiff's Motion for Entry of Default Judgment**

ORDER AFTER HEARING

Hearing Held. No appearances made by or for the plaintiffs and defendants. The Court took the matter under submission. The Court to issue further order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: