William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| LOCAL 234 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VILLA ELECTRIC, INC., a California Corporation; and, LAZARO LEE VILLA, an Individual, <br><br> Defendants. | Case No.  C-07-06170 JW <br><br> **NOTICE OF BANKRUPTCY FILING BY DEFENDANT LAZARO LEE VILLA** <br><br><br> Date: <br> Time: <br> Courtroom: 8, 4th Floor <br> Location:   280 South First Street <br>                       San Jose, CA 95113 <br> Judge:  Hon. James Ware |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-1-

1  PLEASE TAKE NOTICE that on Tuesday, April 15, 2008 Defendant LAZARO LEE
2  VILLA filed for Chapter 7 Bankruptcy Protection in the U.S. Bankruptcy Court for the Eastern
3  District of California, Case No. 08-12100-A-7.

4  Dated: April 22, 2008

Respectfully submitted,

NEYHART, ANDERSON,
FLYNN & GROSBOLL

By: _____
Scott M. De Nardo
Attorneys for Plaintiffs

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-
NOTICE OF BANKRUPTCY FILING BY DEF. LAZARO LEE VILLA
Case No. C-07-06170 JW

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On April 22, 2008, I served the within:

**NOTICE OF BANKRUPTCY FILING BY DEFENDANT LAZARO LEE VILLA**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

VILLA ELECTRIC, INC.
20071 Glendale Avenue, Suite A
Lemoore, CA 93245

LAZARO LEE VILLA
20071 Glendale Avenue, Suite A
Lemoore, CA 93245

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 22, 2008, at San Francisco, California.

_Judy Dunworth_