IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Local 234 of the International Brotherhood of Electrical Workers, AFL-CIO, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>Villa Electric, Inc., et al.,<br><br>        Defendants.<br>_____/ | NO. C 07-06170 JW<br><br>**JUDGMENT** |

    Pursuant to the Court's April 23, 2008 Order Granting Plaintiff's Motion for Default Judgment, judgment is entered in favor of Plaintiffs Local 234 of the International Brotherhood of Electrical Workers, AFL-CIO, International Brotherhood of Electrical Workers' Union, Local 234 Educational and Training Fund, Electrical Workers Health & Welfare Trust Fund, International Brotherhood of Electrical Workers District 9 Pension Plan, and Ken Scherpinski, against Defendants Villa Electric, Inc. and Lazaro Lee Villa.

    Judgment is entered for the amount of $10,083.99; this amount represents $7,692.49 in damages, $1,891.50 in attorney fees, and $500 in costs.

    The Clerk shall close this file.

Dated: April 23, 2008

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Scott Michael De Nardo sdenardo@neyhartlaw.com

**Dated:  April 23, 2008**               **Richard W. Wieking, Clerk**

                                         **By:   /s/ JW Chambers                    **
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**